UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
ATTORNEYS FOR DEFENDANTS
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

    JEFFREY W. BRECHER, ESQ.

-----------------------------------------------------------------x

LINDY GRADY, Individually and on behalf of all others similarly situated, as Class Representative,

                      Plaintiff,

       -against-

IDEA SPHERE, INC., BILL NICHOLSON, ROBERT CONOLOGUE and TWINLAB CORPORATION,

                      Defendants.

08 CIV 4233

-----------------------------------------------------------------x

TO:    Steven Bennett Blau, Esq..
        Shelly A. Leonard, Esq.
        BLAU, BROWN & LEONARD, LLC
        *Attorneys for Plaintiff and Class*
        54 West 21st Street, Suite 1009
        New York, NY 10010
        (212) 725-7272

**CERTIFICATE PURSUANT TO RULE 7.1 OF THE
FEDERAL RULES OF CIVIL PROCEDURE**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, sued as "IDEA SPHERE, INC." and "TWINLAB CORPORATION" certifies that TWINLAB CORPORATION is a subsidiary of IDEA SPHERE

INC.; IDEA SPHERE INC. is not a subsidiary of any corporation; and no publicly held corporation owns 10% or more of the stock of IDEA SPHERE INC. OR TWINLAB CORPORATION.

Dated: Melville, New York
June 5, 2008

                                        Respectfully submitted,

                                        JACKSON LEWIS LLP
                                        *ATTORNEYS FOR DEFENDANTS*
                                        58 South Service Road
                                        Melville, New York 11747
                                        (631) 247-0404

By:       _____
                                       JEFFREY W. BRECHER, ESQ.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2008, I caused a true and correct copy of the enclosed <u>CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>, was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service upon the following parties and participants:

STEVEN BENNETT BLAU, ESQ..
SHELLY A. LEONARD, ESQ.
BLAU, BROWN & LEONARD, LLC
*Attorneys for Plaintiff and Class*
54 West 21st Street, Suite 1009
New York, NY  10010
(212) 725-7272

_____
JEFFREY W. BRECHER, ESQ.

I:\Clients\I\IdeaSphere, Inc\Rule 7 1 Statement.doc