UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
ATTORNEYS FOR DEFENDANTS
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

JEFFREY W. BRECHER, ESQ.

------------------------------------------------------------X

LINDY GRADY, Individually and on behalf of all others similarly situated, as Class Representative,

                          Plaintiff,

        -against-

IDEA SPHERE, INC., BILL NICHOLSON, ROBERT CONOLOGUE and TWINLAB CORPORATION,

                         Defendants.

------------------------------------------------------------X

08 CIV 4233

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE**, that Defendants hereby appear in the above entitled action, and that the undersigned has been retained as attorneys for said Defendants.

    **PLEASE TAKE FURTHER NOTICE** that all documents electronically filed with the Court by Plaintiff shall be automatically sent to me at BrecherJ@jacksonlewis.com.

Dated: Melville, New York
         June 5, 2008

                                  Respectfully submitted,

                                  JACKSON LEWIS LLP
                                  *ATTORNEYS FOR DEFENDANTS*
                                  58 S. Service Road
                                  Suite 410
                                  Melville, New York 11747
                                  Tel.: (631) 247-0404
                                  Email: brecherj@jacksonlewis.com

                          By: _____
                                  JEFFREY W. BRECHER