Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LINDY GRADY, Individually and on behalf of all others similarly situated, as Class Representative,

                    Plaintiff,

    -against-

IDEA SPHERE, INC., BILL NICHOLSON, ROBERT CONOLOGUE and TWINLAB CORPORATION,

                    Defendants.

------------------------------------------------------------x

08 CIV 4233

Hon. J. Rakoff

### STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Lindy Grady, and Defendants, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

BLAU, BROWN & LEONARD, LLC
Attorneys for Plaintiff

6/5/08
Date

By: _____
Shelly A. Leonard (SAL 4139)

JACKSON LEWIS LLP
Attorneys for Defendants

6/6/08
Date

By: _____
Jeffrey W. Brecher

SO ORDERED on this 11th day of June, 2008.

_____
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-08